James A. McQueen (State Bar #117111)
jmcqueen@mcqueenashman.com
Sharon L. Bilbeisi (State Bar # 171994)
sbilbeisi@mcqueenashman.com
McQUEEN & ASHMAN LLP
19900 MacArthur Blvd., Suite 1150
Irvine, California  92612
Telephone:  (949) 223-9601
Facsimile:   (949) 223-9611

Kenneth L. Sherman (State Bar #152777)
sherman@sziplaw.com
Joshua A. Schaul (State Bar # 251337)
schaul@sziplaw.com
SHERMAN & ZARRABIAN LLP
1411 5th Street, Suite 306
Santa Monica, California 90401
Telephone:  (424) 229-6800
Facsimile:   (424) 229-6815

Attorneys for Plaintiff
SPORTING SUPPLIES INTERNATIONAL, INC.

[PUBLIC VERSION]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPORTING SUPPLIES INTERNATIONAL, INC., a California corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>TULAMMO USA, INC., a Texas corporation, CHARLES GRASSO, an individual, TULA CARTRIDGE WORKS, an open joint-stock company, ULYANOVSK CARTRIDGE WORKS, an open joint-stock company, EUROSPORTS, LLC, a limited liability company, and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No.  SACV10-1338 AG(RNBx)<br>[Honorable Andrew J. Guilford]<br><br>**DECLARATION OF ROBERT S. KNUDSEN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF'S FIRST AMENDED COUNTERCLAIM FOR FRAUD**<br><br>Hearing Date:         9/24/12<br>Time:                      10:00 a.m.<br>Courtroom:            10D<br><br>Discovery Cutoff:    5/7/12<br>Pretrial Conference: 10/22/12<br>Trial:                       11/13/12 |

McQUEEN & ASHMAN LLP
19900 MacArthur Blvd., Suite 1150
Irvine, CA 92612

Sherman & Zarrabian LLP
1411 5th Street, Suite 306
Santa Monica, CA 90401

DECLARATION OF ROBERT S. KNUDSEN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF'S FIRST AMENDED COUNTERCLAIM

| | |
|---|---|
| 1 | TULAMMO USA, INC., a Texas corporation, EUROSPORTS, LLC, a limited liability company, |
| 2 | |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | SPORTING SUPPLIES INTERNATIONAL, INC., a California corporation, and DOES 1-10, |
| 6 | |
| 7 | |
| | Counter-defendants. |
| 8 | |
| 9 | TULA CARTRIDGE WORKS, an open-joint-stock company, ULYANOVSK CARTRIDGE WORKS, an open joint-stock company, |
| 10 | |
| 11 | |
| 12 | Counter-claimants, |
| 13 | vs. |
| 14 | SPORTING SUPPLIES INTERNATIONAL, INC., a California corporation, WILLIAM FILBERT, JR., an individual, and DOES 1-10, |
| 15 | |
| 16 | |
| 17 | Counter-defendants. |
| 18 | |
| 19 | SPORTING SUPPLIES INTERNATIONAL, INC., a California corporation, |
| 20 | |
| 21 | Counterclaimant, |
| 22 | vs. |
| 23 | TULA CARTRIDGE WORKS, an open joint-stock company, and ULYANOVSK CARTRIDGE WORKS, and DOES 1 to 10, inclusive, |
| 24 | |
| 25 | |
| 26 | Counter-defendants. |
| 27 | |
| 28 | |

McQUEEN & ASHMAN LLP
19900 MacArthur Blvd., Suite 1150
Irvine, CA 92612

Sherman & Zarrabian LLP
1411 5th Street, Suite 306
Santa Monica, CA 90401

DECLARATION OF ROBERT S. KNUDSEN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF'S FIRST AMENDED COUNTERCLAIM

I, Robert S. Knudsen, declare as follows:

1. I am a Certified Public Accountant, Certified Fraud Examiner and a Vice President with the economic consulting firm of Nathan Associates, Inc. I have been retained as an expert for Sporting Supplies International, Inc. ("SSI"), Plaintiff in the matter entitled Sporting Supplies International, Inc. v. Tulammo USA, Inc., et al., SACV10-1338 AG (RNBx), pending in the Central District of California. I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify thereto.

2. The purpose of this declaration is to summarize the contractual supply agreements between Tula Cartridge Works ("Tula") and Ulyanovsk Cartridge Works ("Uly") and their U.S. and non-U.S. customers. The documents I have reviewed in preparation for writing this declaration consist primarily of Tula, Uly and SSI supply agreements, Tula and Uly Annual Reports, and SSI financial documents. There is on-going document discovery in this matter and I reserve the right to amend this declaration and my opinions herein as additional information becomes available.

3. First, I reviewed the contracts between Tula, Uly and their U.S. customers and allocated the value of these contracts uniformly over the contracted periods to determine their annual contract commitments for 2008, 2009 and 2010. Contract addenda that added contracted volumes and/or extended the period of the contract terms were allocated in the same manner. The volume commitments between Tula, Uly and Cabela's for 2010 were not available, therefore, actual sales were used.[1] (Exhibit A is attached hereto, and incorporated by reference herein.)

4. Second, I reviewed and summarized information from the 2008, 2009 and 2010 Annual Reports for Tula and the 2010 Annual Report for Uly. (Exhibit B is attached hereto, and incorporated by reference herein.) As of the date of this

---

[1] See DEF0002852 (Exhibit 388 to the Deposition of Phillip Martin, 4/16/12).

**MCQUEEN & ASHMAN LLP**
19900 MacArthur Blvd., Suite 1150
Irvine, CA 92612

**Sherman & Zarrabian LLP**
1411 5th Street, Suite 306
Santa Monica, CA 90401

1

DECLARATION OF ROBERT S. KNUDSEN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF'S FIRST AMENDED COUNTERCLAIM

Declaration, Uly's 2008 and 2009 Annual Reports have not been produced in this matter. Tula's reported actual production output of manufactured goods, converted to U.S. Dollars is as follows:

| Year | Tula Total in U.S. Dollars |
|---|---|
| 2008 | $ 57,234,758 |
| 2009 | $ 60,363,118 |
| 2010 | $ 52,813,927 |

Uly's reported actual production output of manufactured goods, converted to U.S. Dollars is as follows:

| Year | Uly Total in U.S. Dollars |
|---|---|
| 2008 | not available |
| 2009 | $ 53,129,344 |
| 2010 | $ 46,551,106 |

The Tula Annual Reports also included production output projections. (See Exhibit B) Tula's projections, converted to U.S. Dollars are as follows:

| Year | Tula Projections in U.S. Dollars |
|---|---|
| 2008 | not available |
| 2009 | $ 66,148,738 |
| 2010 | $ 69,147,140 |

5.  Third, I reviewed the 2008 financial records of SSI to determine the actual SSI purchases of Tula and Uly products, which were $18.2 million and $18.7 million, respectively in 2008. Prior to 2009, SSI was the only U.S. customer of

2

McQUEEN & ASHMAN LLP
19900 MacArthur Blvd., Suite 1150
Irvine, CA 92612

Sherman & Zarrabian LLP
1411 5th Street, Suite 306
Santa Monica, CA 90401

DECLARATION OF ROBERT S. KNUDSEN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF'S FIRST AMENDED COUNTERCLAIM

1  Tula and Uly.[2]  Therefore, in 2008, the amount of sales to non-U.S. customers is
2  estimated as the difference between each company's actual total sales and their
3  sales to SSI.

### Tula

5   6.   Tula's Annual Report states that they are "one of the largest suppliers
6  of [small arms ammunition], both domestically and internationally, including the
7  CIS, European, American and Asian markets"[3]  In 2008, Tula's total sales were
8  $57,234,758 and their sales to SSI were ▓▓▓▓▓▓  From this one may determine
9  that Tula's sales to non-U.S. customers, including the Russian government, were
10 ▓▓▓▓▓▓  Tula's 2008 non-U.S. customer sales were used as a benchmark for
11 this portion of their business, and assumed flat growth for 2009 and 2010.  The non-
12 U.S. customer sales were then included as a portion of Tula's annual commitments
13 for each year.  (Exhibit C is attached hereto, and incorporated by reference herein.)
14   7.   Exhibit D illustrates Tula's U.S. and non-U.S. actual output in 2008
15 and their commitments for 2009 and 2010, compared to their actual reported
16 production output.  Tula's total commitments in 2009 exceeded ▓▓▓▓▓▓
17 dollars[4] while their actual output of manufactured products was only $60 million
18 dollars.  In 2010, Tula's supply agreements continued to far exceed their actual
19 output of manufactured products.  Nonetheless, in 2010, Tula contracted to supply
20 yet another U.S. entity, Eurosports, with whom they have a strategic
21 partnership/ownership interest.  Including the addition of Eurosports in 2010, Tula
22 had commitments of over ▓▓▓▓▓▓ dollars[5]  and actual output of manufactured
23 products of only $53 million dollars.  (Exhibit D is attached hereto, and
24 incorporated by reference herein.)

---

[2] See Declaration of Alexey Solovov, paragraph 4.
[3] See DEF0010698, Section 1.
[4] Assumes that the sales to non-U.S. customers, including the Russian government, represent a commitment similar to the sales level that occurred in 2008.
[5] See footnote 4.

3

McQUEEN & ASHMAN LLP
19900 MacArthur Blvd., Suite 1150
Irvine, CA 92612

Sherman & Zarrabian LLP
1411 5th Street, Suite 306
Santa Monica, CA 90401

DECLARATION OF ROBERT S. KNUDSEN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF'S FIRST AMENDED COUNTERCLAIM

8.       Tula's Annual Report provided projections of their production output of manufactured goods during this same time period.  Tula's projection for 2009 was $66 million dollars compared to the over ▮▮▮▮▮▮▮ it had contracted to supply that same year.[6]  Tula's projection for 2010 was $69 million dollars, compared to the over ▮▮▮▮▮▮▮ dollars in commitments they had made that same year.[7]  (Exhibit E is attached hereto, and incorporated by reference herein.)

**Uly**

9.       Uly's Annual Report states that they are "one of the largest suppliers of [military rifle cartridges and sporting and hunting cartridges], in the Russian and international markets."[8]  Uly also claims they are one of the leading companies in the military industrial complex of Russia.[9]  In addition to Uly's manufactured product revenue, Section 3.1, Items 4.2 and 4.3, also show reported revenue from the sale of thermal energy and other services.

10.      Due to the fact that Uly's 2008 Annual Report has not been produced, in order to calculate Uly's non-U.S. customer sales in 2008, the total sales in 2010 were compared to their actual sales to SSI in 2008.  Using 2010 should produce a conservative estimate of non-U.S. sales because 2010 is lower than 2009, and using Tula as a benchmark, 2010 is lower than 2008.  Uly's total sales in 2010 were $46,551,106 and their actual sales to SSI in 2008 were $18,745,482.  The difference between these two values, $27,805,624, is assumed to be Uly's 2008 sales to non-U.S. customers.  Similar to Tula, Uly's non-U.S. customer sales for 2009 and 2010 assumes no growth.  The non-U.S. customer sales were included as a portion of Uly's annual commitments for each year.  (See Exhibit C.)  Uly's Annual Report

---

[6] See footnote 4.
[7] See footnote 4.
[8] See DEF0010684, Section 1.
[9] See DEF0010684, Section 1.

4

DECLARATION OF ROBERT S. KNUDSEN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF'S FIRST AMENDED COUNTERCLAIM

1  notes that it fulfilled all of its commitments under 15 GOZ (Government Defense
2  Order) contracts.[10]
3      11.    Exhibit F illustrates Uly's estimated 2008 sales to non-U.S. customers,
4  their actual 2008 sales to SSI and commitments for 2009 and 2010. These amounts
5  are compared to their actual reported production output. Uly's total commitments
6  in 2009 exceeded ■■■■■■■■ dollars, while their actual output of manufactured
7  products was only $53 million dollars. In 2010, Uly's supply agreements continued
8  to far exceed their actual output of manufactured products. Similar to Tula, Uly
9  contracted to supply Eurosports, with whom they also have a strategic
10  partnership/ownership interest. In 2010, Uly had commitments of approximately
11  ■■■■■■■■ dollars and actual output of manufactured products of only $47
12  million dollars. (Exhibit F is attached hereto, and incorporated by reference herein.)
13      12.    A copy of my Expert Report of May 14, 2012, is filed
14  contemporaneously herewith as Exhibit 730, and is incorporated by reference
15  herein.
16      I declare under penalty of perjury and the laws of the United States of
17  America and the State of California that the foregoing is true and correct and that
18  this declaration is executed the __24__ th day of August 2012, at Irvine, California.

*Robert S. Knudsen* (signature)
Robert S. Knudsen

---

[10] See DEF0010688.

5

DECLARATION OF ROBERT S. KNUDSEN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF'S FIRST AMENDED COUNTERCLAIM

McQUEEN & ASHMAN LLP
900 MacArthur Blvd., Suite 1150
Irvine, CA 92612

Sherman & Zarrabian LLP
1411 5th Street, Suite 306